IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:20-cv-03791-RM-KLM

NATALIE MEDRANO,

    Plaintiff,

v.

GUESS? Retail, Inc., a Delaware corporation,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on the parties' Stipulation to Arbitrate and Stay Action Pending Arbitration (the "Motion") (ECF No. 11), which the Court construes as a joint motion because it requires court approval. After reviewing the Motion, and being otherwise fully advised, the Court finds that administrative closure, a stay equivalent, is more appropriate. *Quinn v. CGR*, 828 F.2d 1463, 1465 n.2 (10th Cir. 1987); *see also Patterson v. Santini*, 631 F. App'x 531, 534 (10th Cir. 2015) (recognizing the use of "the administrative-closure mechanism" by district courts "to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel)"). And, "[b]ecause an administratively closed case still exists on the docket of the district court, it may be reopened upon request of the parties or on the court's own motion." *Patterson*, 631 F. App'x at 534. Accordingly, it is **ORDERED**

    (1)    That the Stipulation to Arbitrate and Stay Action Pending Arbitration (ECF No. 11) is GRANTED in that the Court will grant administrative closure, a stay equivalent;

(2)  That counsel for the parties SHALL file a joint report regarding the status of the arbitration within 120 days of this Order;  and

(3)  That, pursuant to D.C.COLO.LCivR 41.2, the Clerk shall administratively close this case subject to reopening for good cause, e.g., upon motion to confirm any arbitration award and enter judgment for the purpose of enforcement.

DATED this 9th day of March, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge