IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03791-RM-KLM

NATALIE MEDRANO,
    Plaintiff

v.

GUESS? Retail, Inc., a Delaware corporation,
    Defendant

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Natalie Medrano, and Defendant Guess? Retail, Inc. (the "Parties"), through their counsel, state that a resolution of all matters in dispute has been reached pursuant to a settlement agreement executed by the Parties. Accordingly, the Parties hereby stipulate that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

Respectfully submitted this 27th day of August, 2021.

    THE LAW OFFICE OF GRETCHEN E. LIPMAN, LLC

    s/ Gretchen Lipman
    Gretchen E. Lipman
    The Law Office of Gretchen E. Lipman, LLC
    1776 S. Jackson St., Ste. 710
    Denver, CO 80210
    Tel: 303-861-3022
    E-mail: gretchen@lipmanlawcolorado.com
    Attorney for Plaintiff Natalie Medrano

s/ Mark D. Baute
MARK D. BAUTE
BRYAN D. ROTH
Baute Crochetiere Hartley & Velkei LLP
777 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Tel: 213-630-5000
Facsimile: 213-683-1225
E-mail: mbaute@bautelaw.com;
    broth@bautelaw.com
Attorneys for Defendant GUESS? RETAIL, INC.

# CERTIFICATE OF SERVICE

      I certify that on this 27th day of August, 2021, I served a copy of the foregoing Joint Stipulation of Dismissal with Prejudice via CM/ECF, which effected electronic service upon the following:

Mark D. Baute
Bryan D. Roth
Baute Crochetiere Hartley & Velkei LLP
777 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Tel: 213-630-5000
Facsimile: 213-683-1225
E-mail: mbaute@bautelaw.com;
broth@bautelaw.com
Attorneys for Defendant GUESS? RETAIL, INC.

                                                             s/ Gretchen Lipman